**KING & SPALDING LLP**
ALEXANDER G. CALFO (SBN 152891)
acalfo@kslaw.com
JULIA E. ROMANO (SBN 260857)
jromano@kslaw.com
NICOLE R. FUKUOKA (SBN 312133)
nfukuoka@kslaw.com
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone:  +1 213 443 4355
Facsimile:   +1 213 443 4310

Attorneys for Defendants
JOHNSON & JOHNSON and
JOHNSON & JOHNSON CONSUMER INC.

**SIMON GREENSTONE PANATIER, PC**
STUART J. PURDY, (SBN 239878)
spurdy@sgptrial.com
3780 Kilroy Airport Way, Suite 540
Long Beach, California 90806
Telephone: (562) 590-3400
Facsimile: (562) 590-3412

Attorneys for Plaintiffs
GARY ANDERSON, JUDY ANDERSON and
WAYNE ANDERSON

**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| GARY ANDERSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>Defendants. | Case No. 2:20-cv-03832-JFW (RAOx)<br>**ORDER ON**<br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; TOLLING AGREEMENT** |

1

Plaintiffs Gary Anderson, Judy Anderson and Wayne Anderson ("Plaintiffs") and defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. ("Defendants"), by and through their counsel of record, hereby agree and stipulate as follows:

1. This wrongful death action alleges claims concerning Joanne Anderson's mesothelioma and death. In a similar state court personal injury action filed by Joanne Anderson and husband Gary Anderson, a jury verdict and judgment were entered in favor of Plaintiffs. Now the verdict and judgment is on appeal to the California Court of Appeal, Second Appellate District, Case No. B292556.

2. Mrs. Anderson died on March 22, 2019.

3. On March 20, 2020, Plaintiffs filed this wrongful death action in state court. Defendants removed the case to federal court. On May 14, 2020, the Court denied the parties' stipulation and request to stay this action pending final resolution of the state court appeal and instead requested the parties agree to dismiss the case without prejudice and enter into a tolling agreement.

4. The statute of limitations for any wrongful-death claims, by any of Mrs. Anderson's heirs and/or estate, would have expired March 22, 2020. But the appeal process has not yet finished, and the outcome of the appeal will affect the validity of the wrongful-death claims.

5. To avoid potentially unnecessary litigation regarding any wrongful-death claims by any of Mrs. Anderson's heirs, the statute of limitations for those claims is hereby tolled, as follows: (1) any of the wrongful-death claims asserted in this action may be re-asserted via a new complaint filed and served within 30 days after issuance of the remittitur by the California Court of Appeal, Second Appellate District, in Case No. B292556; and (2) Defendants may file and serve any responsive pleading within 30 days after the receipt of that complaint.

///

6. Based on the foregoing, the parties hereby stipulate that this action is dismissed without prejudice, with each party to bear its own costs.

IT IS SO STIPULATED.

DATED: May 27, 2020                 KING & SPALDING LLP

                                    By:  /s/ Julia Romano
                                         Alexander G. Calfo
                                         Julia E. Romano
                                         Nicole R. Fukuoka

                                         Attorneys for Defendants
                                         JOHNSON & JOHNSON and
                                         JOHNSON & JOHNSON
                                         CONSUMER INC.

DATED: May 27, 2020                 SIMON GREENSTONE PANATIER, PC

                                    By:  /s/ Stuart Purdy
                                         Stuart Purdy

                                         Attorneys for Plaintiffs
                                         GARY ANDERSON, JUDY
                                         ANDERSON and WAYNE
                                         ANDERSON

**IT IS SO ORDERED.**

**Dated: May 28, 2020**           Hon. John F. Walter
                                  U.S. District Judge

3

**ATTESTATION RE SIGNATORIES**

I, Julia E. Romano, hereby attest that the other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Executed on May 27, 2020 at Los Angeles, California.

>*/s/ Julia Romano*
>Julia E. Romano
>King & Spalding LLP